**2015–0173. State ex rel. Dahman v. Corrigan.**

In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition.

Upon consideration of relators' motions for emergency stay and for an expedited alternative writ, it is ordered by the court that the motions are denied.

O'NEILL, J., would grant the motion for emergency stay and would grant an alternative writ.

**2013–2008. Smith v. Chen.**

Franklin App. No. 12AP–1027, 2013-Ohio-4931. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

It is ordered by the court, sua sponte, that appellants shall show cause within 14 days of the date of this entry why the appeal should not be dismissed for lack of jurisdiction pursuant to R.C. 2505.02.

**2014–0423. State ex rel. Claugus Family Farm, L.P. v. Seventh Dist. Court of Appeals.**

In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition.

It is ordered by the court, sua sponte, that this cause is consolidated with 2014–1933, *Hupp v. Beck Energy Corp.*, 7th Dist. Monroe Nos. 12 MO 6, 13 MO 2, 13 MO 3, and 13 MO 11, 2014-Ohio-4255, for oral argument and decision.

It is further ordered that the motions for oral argument are granted.

**2014–0451. Dillon v. Farmers Ins. of Columbus, Inc.**

Coshocton App. No. 2013CA0014, 2014-Ohio-431. This cause is pending before the court as an appeal from the Court of Appeals for Coshocton County.

Upon consideration of appellees' motion to allow amicus curiae, Alliance of Automobile Manufacturers, to participate in oral argument scheduled for Tuesday, February 24, 2015, it is ordered by the court that the motion is granted. Amicus curiae Alliance of Automobile Manufacturers shall share the time allotted to appellees.

**2014–1290. In re Comm. Rev. of Ohio Adm.Code Chapter 4901:1–10 regarding Elec. Cos.**

Public Utilities Commission, No. 12–2050–EL–ORD. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

It is ordered by the court, sua sponte, that the stay of the briefing schedule is hereby extended. The parties shall notify the court within 60 days from the date of this entry of the status and whether the stay may be lifted.